

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:       Joshua Jacob Patterson v. The State of Texas

Appellate case number:     01-15-00167-CR

Trial court case number:   11-DCR-058778

Trial court:                         240th District Court of Fort Bend County

      The en banc court having voted unanimously against reconsideration, Joshua Jacob Patterson's motion for en banc reconsideration is **denied**.


Justice's signature:   /s/ Rebeca Huddle
                    Acting for the Court

En Banc Court consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle, and Lloyd.

Date:  September 13, 2016